IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

DENNIS STRONG,

      Plaintiff,

v.

STATE OF WISCONSIN, MICHAEL VITACCO,
FRED SIGGELKOW, GREG VAN RYBROEK,
DAVID POLLOCK, JAN GRAY, BRAD SMITH,
CLAIR KRUEGER, JOHN FEENEY,
KELLY A. VITENSE, PATRICIA J. DORN,
CHERYL J. MARSHALL,

      Defendants.

Case No. 07-C-0086-C

---

### ORDER FOR PARTIAL DISMISSAL

IT IS HEREBY ORDERED, with prejudice and without costs to the parties:

1. The procedural due process claim against Patricia Dorn, as well as any substantive due process claim related to the decision to keep Dennis Strong in maximum security is dismissed.

2. The procedural due process claim against Cheryl Marshall, as well as any substantive due process claim related to the decision to keep Dennis Strong in maximum security is dismissed.

3. The equal protection claim against Cheryl Marshall is dismissed.

Dated this _____8th_____ day of February, 2008.

                                              *Barbara B. Crabb*
                                       The Honorable Barbara B. Crabb