IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

DENNIS STRONG,

                                                  ORDER

                    Plaintiff,

                                             07-cv-86-bbc

     v.

STATE OF WISCONSIN, MICHAEL VITACCO,
FRED SIGGELKOW, GREG VAN RYBROEK,
DAVID POLLOCK, BRAD SMITH, KELLY VITENSE,
PATRICIA DORN and CHERYL MARSHALL,

                    Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

At a telephone scheduling held on April 10, 2008, counsel for the parties agreed that the pretrial conference could be rescheduled to 2:00 p.m., Thursday, April 24, 2008. Also, counsel agreed that they will submit their final pretrial submissions no later than April 17, 2008, at the close of business.

Entered this 10th day of April, 2008.

                                                       BY THE COURT:
                                                       /s/
                                                       BARBARA B. CRABB
                                                       District Judge